DISLINDA GILL, as Administratrix of the Estate of ANTHONY GILL, Deceased, Respondent, *v.* UNITED AMERICAN LINES, Appellant.

(Submitted March 31, 1924; decided April 8, 1924.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 521, 584.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF NEW YORK, Appellant, *v.* ISAAC H. TRIPP et al., Assessors of the Town of Bedford, Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF NEW YORK, Appellant, *v.* ALBERT L. VORIS et al., as Assessors of the Town of Somers, Respondents.

(Submitted March 31, 1924; decided April 8, 1924.)

Motions for re-argument denied, without costs. (See 237 N. Y. 568, 569.)

---

MICHAEL NAFTAL, Appellant, *v.* CECILIE ULLMAN et al., Respondents.

*Appeal — motion to dismiss appeal denied.*

Reported below, 208 App. Div. 739.

(Argued March 31, 1924; decided April 8, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 11, 1924, modifying and affirming as modified a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal and that the exceptions were frivolous.

*Norman M. Behr* for motion.

*Francis L. Driscoll* opposed.

Motion denied, with ten dollars costs.